Revere Electric Company, appellee, v. Claude W. Morris, appellant. Gen. No. 33,102.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

Austin L. Wyman, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Anthony J. Greenys and Julia Greenys, defendants in error, v. John Jonalis, plaintiff in error. Gen. No. 33,171.

Heard in the first division of this court for the first district at the December term, 1928. Opinion filed February 11, 1929.

Edward J. Green, for plaintiff in error; Harry F. Brewer, of counsel. Benjamin E. Cohen and Samuel Berke, for defendants in error; John M. Humphrey, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Alyce May Zemke, appellee, v. Morris W. K. Byrne et al., defendants. Morris W. K. Byrne, appellant. Gen. No. 32,982.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929. Rehearing denied February 25, 1929.

Henry M. Hagan, for appellant; Charles H. Aldrich and Chester D. Kern, of counsel. Litsinger, Healy & Reid, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

George P. Racine, appellant, v. R. E. Lubbers, appellee. Gen. No. 33,054.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

Joseph Granick and Edward N. Sherburne, for appellant. Moses, Kennedy, Stein & Bachrach, for appellee; Julius Moses and Walter H. Moses, of counsel.

Mr. Justice Matchett delivered the opinion of the court.